

| | |
|---|---|
| 1  CAMPEAU GOODSELL SMITH, L.C.<br>   SCOTT L. GOODSELL, #122223<br>2  WILLIAM J. HEALY, #146158<br>   440 N. 1st Street, Suite 100<br>3  San Jose, California  95112<br>   Telephone:  (408) 295-9555<br>4  Facsimile:   (408) 295-6606<br>5  ATTORNEYS FOR<br>   AISHA A. KRECHUNIAK,<br>6  individually, and as Trustee For<br>   THE KRECHUNIAK, AISHA A.<br>7  2001 TRUST | **The following constitutes<br>the order of the court. Signed April 4, 2012**<br><br>_Stephen Johnson_<br>**Stephen L. Johnson<br>U.S. Bankruptcy Judge** |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re:<br><br>ZIA JAMAL NOORZOY and CECELIA A. AUSTIN,<br><br>Debtor. | Case No. 11-60405<br><br>CHAPTER 7<br><br>**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: March 6, 2012 and March 13, 2012<br>Time: 9:30 a.m. and 1:30 p.m.<br>Location:<br>   United States Bankruptcy Court<br>   280 South 1st St.<br>   San Jose, CA 95113<br>Judge: Honorable Stephen L. Johnson |

On March 6, 2012 and March 13, 2012, the Motion For Relief From Automatic Stay filed by creditors AISHA A. KRECHUNIAK, individually, and as Trustee For THE KRECHUNIAK, AISHA A. 2001 TRUST (jointly "Aisha") to lift the automatic stay as to Debtor ZIA JAMAL NOORZOY ("Debtor") and Debtor's bankruptcy estate with respect to the following pending California state court matter: <u>Jeffrey D. Dieden and Andrew L. Dieden V. the Krechuniak, Aisha A. 2001 Trust, Aisha A. Krechuniak, as Trustee, Aisha A. Krechuniak, Individually, Zia Jamal Noorzoy and Does 1 Through 50</u> and the cross action entitled <u>the Krechuniak, Aisha A. 2011 Trust, Aisha A. Krechuniak, as Trustee and Aisha A. Krechuniak, Individually V. Jeffrey D. Dieden, Andrew L. Dieden, Zia Jamal, Rhesus, Inc.</u>

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

Doing Business as Alain Pinel Realty and Roes 1 Through 50, Monterey County Superior Court Action No.: M100205 (Consolidated with M100211) ("State Court Action") ("Motion") came on regularly for hearing before the Honorable Stephen L. Johnson of United States Bankruptcy Court as indicated above. The Court, having read and considered the Motion, opposition, and related pleadings, noted the appearance of Ralph P. Guenther of the Law Offices of Duffy & Guenther LLP as counsel for the Debtors, William T. Nagel of Bowles & Verna LLP as counsel for Jeffrey D. Dieden and Andrew L. Dieden, and William J. Healy of Campeau Goodsell Smith as counsel for Aisha, considered the arguments of counsel as indicated on the court's record, and found good cause, does, for the reasons stated on the record, hereby grant the Motion and therefore:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. The Motion is granted pursuant to 11 U.S.C. 362 (d)(1);

2. Relief from the automatic stay is granted as to the State Court Action effective April 16, 2012 in all respects as to the following causes of action set forth in Aisha's Cross Complaint For Damages And Equitable Relief (Exhibit A to the Declaration of William J. Healy (Docket#43-4)): Breach of Fiduciary Duty, Conversion, Fraud, and Intentional Infliction of Emotional Distress so the parties thereto make proceed to final judgment as against the Debtor;

3. Relief from the automatic stay is not granted as to the State Court Action as to the following causes of action set forth in Aisha's Cross Complaint For Damages And Equitable Relief (Exhibit A to the Declaration of William J. Healy (Docket#43-4)): Breach of Contract, Breach of The Implied Covenant of Good Faith and Fair Dealing, Accounting, Negligence, Negligent Misrepresentation, and Legal and/or Equitable Indemnity, but without prejudice to Aisha filing a motion to modify this order for broader relief;

4. Enforcement of any judgment against the Debtor in the State Court Action is stayed pending further order of this Court; and

4. Federal Rule of Bankruptcy Procedure 4001 (a)(3) is waived.

***End of Order***

Not Approved As To Form

_____
Ralph P. Guenther
Law Offices of Duffy and Guenther
Attorneys For Debtors
Dated: March __, 2012

Approved As To Form

_____
William T. Nagel
William T. Nagel
Bowles & Verna LLP
Attorneys For Jeffrey D. Dieden and Andrew L. Dieden
Dated: March __, 2012

ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

3

| | |
|---|---|
| 1 | Court Service List |
| 2 | |
| 3 | William T. Nagel, Esq.<br>Bowles & Verna LLP<br>2121 N. California Bvld.<br>Suite 875<br>Walnut Creek, CA 94596 |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

4