

1  CAMPEAU GOODSELL SMITH, L.C.
   SCOTT L. GOODSELL, #122223
2  WILLIAM J. HEALY, #146158
   440 N. 1st Street, Suite 100
3  San Jose, California   95112
   Telephone:   (408) 295-9555
4  Facsimile:   (408) 295-6606

The following constitutes
the order of the court. Signed April 17, 2012

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

5  ATTORNEYS FOR
   Aisha A. Krechuniak,
6  as Executor of the Estate of
   Elizabeth B. Haviside
7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    (San Jose Division)

11 In re:                        ) Case No. 11-60405
                                 )
12 ZIA JAMAL NOORZOY and         ) CHAPTER 7
   CECELIA A. AUSTIN,            )
13                               ) **ORDER ON MOTION FOR RELIEF**
                                 ) **FROM AUTOMATIC STAY**
14        Debtor.                )
                                 ) Date: April 16, 2012
15                               ) Time: 9:30 a.m.
                                 ) Location:
16                               )   United States Bankruptcy Court
                                 )   280 South 1st St.
17                               )   San Jose, CA 95113
                                 ) Judge: Honorable Stephen L. Johnson
18                               )
                                 )
19

       On April 16, 2012, the Motion For Relief From Automatic Stay filed by Aisha A.
20
   Krechuniak, as Executor of the Estate of Elizabeth B. Haviside ("Executor") to lift the
21
   automatic stay as to for an order lifting the automatic stay as to the Debtors ZIA JAMAL
22
   NOORZOY and CECELIA A. AUSTIN (jointly "Debtors") and Debtors' bankruptcy estate
23
   with respect to the following pending California probate state court matter: <u>In Re the Estate</u>
24
   <u>of Elizabeth B. Haviside, Aka E.B. Haviside, Elizabeth Bonner Haviside, Monterey County</u>
25
   <u>Superior Court Action No.: MP 19157</u> ("Probate Matter") and the Executor's Petition for
26
   Instruction for Equitable Payment of Estate Taxes; Equitable Contribution Of Costs of
27
   Administration and Abatement of General Cash Gifts to Beneficiaries and First and Final
28

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

Account of the Executor and Petition for its Settlement and Report and for Final Distribution; for Allowance of Compensation to Attorney for Services and Expenses Rendered ("Probate Petition")("Motion") came on regularly for hearing before the Honorable Stephen L. Johnson of United States Bankruptcy Court as indicated above. The Court, having read and considered the Motion, noted the appearance of Ralph P. Guenther of the Law Offices of Duffy & Guenther LLP as counsel for the Debtors, and William J. Healy of Campeau Goodsell Smith, as counsel for the Executor, considered the arguments of counsel as indicated on the court's record, and found good cause, does, for the reasons stated on the record, hereby grant the Motion and therefore:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. The Motion is granted pursuant to 11 U.S.C. 362 (d)(1);
2. Relief from the automatic stay is granted as to the Probate Matter and Probate Petition effective May 17, 2012 in all respects so the Probate Matter may proceed as to closure at least with respect to the Debtors;
3. Debtors' rights relative to any order or judgment against the Debtor(s) in the Probate Matter are, as indicated on the record, reserved;
4. Enforcement of any order or judgment against the Debtor(s) in the Probate Matter is stayed pending further order of this Court; and
5. Federal Rule of Bankruptcy Procedure 4001 (a)(3) is waived.

***End of Order***

Approved As To Form

 /s/ Ralph P. Guenther
Ralph P. Guenther
Law Offices of Duffy and Guenther
Attorneys For Debtors
Dated: April 16, 2012

Court Service List

ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

3