

1  JaVonne M. Phillips, Esq. SBN 187474
2  Christelle N. Ramseyer, Esq. SBN 265571
   **McCarthy & Holthus, LLP**
3  1770 Fourth Avenue
   San Diego, CA 92101
4  Phone (877) 369-6122
5  Fax (619) 685-4810

The following constitutes
the order of the court. Signed May 21, 2012

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

6  Attorney for:
   Wells Fargo Bank, N.A., as trustee, on behalf
7  of the holders of the HarborView Mortgage
   Loan Trust Mortgage Loan Pass-Through
8  Certificates, Series 2006-12, its assignees and/or
   successors, by and through its servicing agent
9  Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | ) Case No. 11-60405 SLJ |
| | ) |
| Cecelia A Austin | ) Chapter 7 |
| Zia Jamal Noorzoy, | ) |
| | ) RS No.   JSC-8731 |
| Debtors. | ) |
| | ) **ORDER ON MOTION FOR RELIEF** |
| | ) **FROM AUTOMATIC STAY** |
| | ) |
| | ) Date:  05/14/2012 |
| | ) Time:  09:30 AM |
| | ) Ctrm:  3099 |
| | ) Place: 280 S. First Street |
| | )           San Jose, CA |
| | ) |
| | ) Judge:   Stephen  L. Johnson |
| | ) |

The motion of Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.,

for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Stephen L. Johnson. Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc., appeared by and through its Attorney of Record, McCarthy & Holthus, LLP by Christelle N. Ramseyer, Esq.. All other appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc., in the real property commonly known as 1081 San Carlos Road, Pebble Beach, CA 93953-2741.

IT IS FURTHER ORDERED that Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc., may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc., at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates,

2

File No. CA-12-68551
Order on Motion for Relief From Stay
Case No. 11-60405 SLJ

Case: 11-60405    Doc# 69    Filed: 05/21/12    Entered: 05/21/12 13:31:36    Page 2 of 4

Series 2006-12, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc., may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

IT IS FURTHER ORDERED The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is **not** waived upon relief.

IT IS FURTHER ORDERED that Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. may contact the Debtor to comply with California Civil Code Section 2923.5.

IT IS FURTHER ORDERED that Movant is not required to file payment change letters due to obtaining relief from the automatic stay.

**\*\* END OF ORDER \*\***

**COURT SERVICE LIST**

DEBTORS

Cecelia A Austin, 7960 B Soquel Drive #396, Aptos, CA 95003

Zia Jamal Noorzoy, 7960 B Soquel Drive #396, Aptos, CA 95003