**JOHN W. RICHARDSON**
Trustee in Bankruptcy
5161 Soquel Drive, Suite F
Soquel, CA 95073
Telephone 831-475-2404
Fax 831-475-1213

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ) | Case No. **11-60405SLJ** |
| ) | Chapter 7 |
| AUSTIN, CECILIA, ) | |
| NOORZOY, ZIA JAMAL ) | |
| ) | |
| Debtor(s). ) | |

**NOTICE OF PROPOSED ABANDONMENT OF REAL AND PERSONAL PROPERTY**

TO THE DEBTORS, CREDITORS OF THE ABOVE-NAMED DEBTORS, UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:

    In accordance with Rule 6007 of the Bankruptcy Rules, notice is hereby given of the proposed abandonment of the following described property:

    The real property listed by the Debtor, 1081 San Carlos road, Pebble Beach, CA, is over encumbered and has no equity for the estate. The Chrysler Town & Country Minivan is also over encumbered. Further personal property listed in the schedules not sold to Debtor as part of the Order entered June 26, 2012_is also abandoned as it is exempt or of no value to the estate. Accordingly the property described herein is a burden on the estate and should be abandoned.

                FURTHER NOTICE IS HEREBY GIVEN

(i) That Bankruptcy Local Rule 9014-1 for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be in <u>writing</u> and filed with the Clerk of the Bankruptcy Court, 280 South First Street, 3rd Floor, San Jose, CA 95113, and served upon the Trustee at the address in the upper left hand corner of this notice, not later than 20 days after the service of this Notice.

(ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position.

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.
(iv) If an objection is timely filed, the Trustee will obtain a hearing date and will serve at least ten days written notice of the hearing on the requesting or objecting party.

(iv) Please take further notice that as of January 1, 2005, electronic filing became mandatory in the United States Bankruptcy Court for the Northern District of California. Those persons who may wish to object but are not qualified to file documents electronically with the Bankruptcy Court should check the Bankruptcy Court's website (www.canb.uscourts.gov) for guidance.

    For further particulars concerning this Notice for Abandonment of Property, contact the undersigned.

DATED: October 10, 2012

                                      /s/ John W. Richardson
                                          1121