| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 11-60405<br>Northern District of California<br>San Jose<br>Tue May  1 13:16:19 PDT 2012 | AISHA A. KRECHUNIAK,Trustee For THE KRECHUNI<br>PO Box 998<br>Pebble Beach, CA 93953-0998 | Aisha A. Krechuniak, Executor of the Estate<br>Campeau Goodsell Smith<br>440 N. 1st St., #100<br>San Jose, CA 95112-4024 |
| American Express<br>American Express Special Research<br>Po Box 981540<br>El Paso, TX 79998-1540 | Andrew Roberts<br>c/o Matthew R. Eason, Esq.<br>Eason & Tambornini<br>1819 K. Street, Suite 200<br>Sacramento, CA 95811-4183 | Andy Swartz<br>550 Hartnell Street #A1<br>Monterey, CA 93940-2816 |
| Ascension Capital Group, Inc.<br>Attn: BMW Financial Services NA, LLC Dep<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Cecelia A. Austin<br>7960 B Soquel Drive #396<br>Aptos, CA 95003-3999 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 |
| BMW Financial Services NA, LLC<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410-8110 | Bank Of America, N.a.<br>450 American St<br>Simi Valley, CA 93065-6285 |
| Bmw Bank Of North Amer<br>2735 E Parleys Ways Ste<br>Salt Lake City, UT 84109-1666 | Bruce Funk, Esq.<br>46 West Santa Clara Street<br>San Jose, CA 95113-1806 | Bryan MacDonald, Esq.<br>Herendeen & Bryan<br>119 Cayuga Street<br>Salinas, CA 93901-2626 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | CIR Law Group<br>Post Office Box 23189<br>San Diego, CA 92193-3189 |
| Charles DeRose<br>3190 S. Bascom Avenue, Suite 155<br>San Jose, CA 95124-2500 | Charles R. De Rose<br>c/o Edward P. Mathewson<br>152 North Third Street, Suite 800<br>San Jose, CA 95112-5560 | Joseph S. Chun<br>McCarthy and Holthus LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607 |
| Credit Consulting Svc<br>Po Box 5879<br>Salinas, CA 93915-5879 | Daniel Kohls, Esq.<br>Hansen, Kohls, Jones, Sommer & Jacob<br>1520 Eureka Road, Suite 100<br>Roseville, CA 95661-2849 | David Hamerslough, Esq.<br>Rossi Hamerslough et al.<br>1960 The Alameda #200<br>San Jose, CA 95126-1451 |
| Ryan M. Davies<br>Wolf Firm<br>2955 Main St. 2nd Fl.<br>Irvine, CA 92614-2528 | Charles DeRose<br>c/o Campeau Goodsell Smith<br>440 N. 1st St., #100<br>San Jose, CA 95112-4024 | Andrew L Dieden<br>2121 N. California Blvd, #875<br>Walnut Creek, Ca 94596-7335 |
| Jeffrey D. Dieden<br>2121 N. California Blvd., #875<br>Walnut Creek, Ca 94596-7335 | Matthew R. Eason<br>Law Offices of Eason and Tambornini<br>1819 K St. #200<br>Sacramento, CA 95811-4183 | Edward P. Mathewson<br>152 North Third Street<br>Suite 800<br>San Jose, CA 95112-5560 |

| | | |
|---|---|---|
| Franchise Tax Board<br>Bankruptcy Personal Income Tax<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Gembppbycr<br>Gemb/Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Jason J. Granskog<br>Bowles and Verna LLP<br>2121 N. California Blvd. #875<br>Walnut Creek, CA 94596-7387 | Ralph P. Guenther<br>Law Offices of Duffy and Guenther<br>149 Bonifacio Pl.<br>Monterey, CA 93940-2728 | William J. Healy<br>Campeau, Goodsell and Smith<br>440 N 1st St. #100<br>San Jose, CA 95112-4024 |
| IRS<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Indymac Bank/Onewest bank<br>Attn:Bankruptcy<br>2900 Esperanza Crossing<br>Austin, TX 78758-3658 | JMS Associates, Inc.<br>1489 W. Palmetto Park Road # 480<br>Boca Raton, FL 33486-3348 |
| Aisha A. Krechuniak<br>PO Box 998<br>Pebble Beach, CA 93953-0998 | Matthew Dieden<br>c/o Eason & Tambornini<br>1819 K Street, Suite 200<br>Sacramento, CA 95811-4183 | Matthew R. Eason, Esq.<br>Eason & Tambornini<br>1819 K Street, Suite 200<br>Sacramento, CA 95811-4183 |
| Michael K. Sipes, Esq.<br>Law Office of Michael K. Sipes<br>9381 East Stockton Blvd<br>Suite 116<br>Elk Grove, CA 95624-5069 | Monterey County Tax Collector<br>POB 891<br>Salinas, CA 93902-0891 | National City Bank<br>Post Office Box 94962<br>Cleveland, OH 44101-4962 |
| Zia Jamal Noorzoy<br>7960 B Soquel Drive #396<br>Aptos, CA 95003-3999 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | PACIFIC PUBLISHING<br>C/O STEVEN A. BOOSKA<br>PO BOX 194650<br>SAN FRANCISCO CA 94119-4650 |
| Pacific Credit Service<br>1111 Willow St Fl 2<br>San Jose, CA 95125-3158 | Rash Curtis & Associat<br>190 S Orchard Ave Ste 25<br>Vacaville, CA 95688-3647 | Richard T. Bowles, Esq.<br>Bowles & Verna LLP<br>2121 N. California Bvld.<br>Suite 875<br>Walnut Creek, CA 94596-7387 |
| John W. Richardson<br>5161 Soquel Dr. #F<br>Soquel, CA 95073-2560 | Robert Livesey<br>c/o Eason & Tambornini<br>1819 K Street Suite 200<br>Sacramento, CA 95811-4183 | Robert Livesey<br>c/o Matthew R. Eason, Esq.<br>Eason & Tambornini<br>1819 K. Street, Suite 200<br>Sacramento, CA 95811-4183 |
| Robert Shatzko<br>c/o Matthew R. Eason, Esq.<br>Eason & Tambornini<br>1819 K. Street, Suite 200<br>Sacramento, CA 95811-4183 | State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 | Suntrust Mortgage/cc 5<br>Attention: Bankruptcy Division<br>Po Box 85092<br>Richmond, VA 23285-5092 |
| THE WOLF FIRM, A Law Corporation<br>2955 Main Street, Second Floor<br>Irvine, CA 92614-2528 | Tara Muren, Esq.<br>CIR Law Offices<br>Post Office Box 23189<br>San Diego, CA 92193-3189 | Terry Coates<br>4155 Canda Court<br>Carmel, CA 93923-8946 |

| | | |
|---|---|---|
| The Monterey County Herald<br>8 Upper Ragsdale<br>Monterey, CA 93940-7800 | Tnb-Visa (TV) / Target<br>C/O Financial & Retail Services<br>Mailstop BV   P.O.Box 9475<br>Minneapolis, MN 55440-9475 | True North<br>9 Commercial Blvd<br>Novato, CA 94949-6118 |
| True North AR LLC<br>100 Wood Hollow Drive, Suite 200<br>Novato, CA 94945-1204 | True North Ar<br>9 Commercial Blvd<br>Novato, CA 94949-6118 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| Wells Fargo Bank, N.A., as trustee, on behal<br>c/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607 | Wffinancial<br>Po Box 7648<br>Boise, ID 83707-1648 | William Fairy<br>c/o Matthew R. Eason, Esq.<br>Eason & Tambornini<br>1819 K. Street, Suite 200<br>Sacramento, CA 95811-4183 |
| William J. Healy, Esq.<br>Campeau Goodsell Smith<br>440 N. 1st St., #100<br>San Jose, CA 95112-4024 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| BMW Financial Services NA, LLC<br>P.O. Box 3608<br>Dublin, OH 43016 | (d)Bmw Financial Services<br>Attn: Bankruptcy Department<br>Po Box 3608<br>Dublin, OH 43016 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Stephen L. Johnson<br>San Jose | (u)SunTrust Mortgage, Inc. | End of Label Matrix<br>Mailable recipients    69<br>Bypassed recipients     2<br>Total                   71 |