

Entered on Docket
January 09, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN W. RICHARDSON
Trustee in Bankruptcy
5161 Soquel Drive, Suite F
Soquel, CA  95073
Telephone No.  831.475.2404
Fax No.  831.475.1213

The following constitutes
the order of the court. Signed January 9, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN, CECILIA<br><br>NOORZOY, ZIA JAMAL<br><br>    Debtors. | ) Case No.: 11-60405SLJ<br>) Chapter 7<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER CONFIRMING ABANDONMENT OF REAL AND PERSONAL PROPERTY**

Upon the application of John W. Richardson, Trustee, for confirmation of abandonment of certain real and personal property after notice to creditors, good cause have been shown, no adverse interest being represented, and no objections or requests for hearing having been received at the time set therefore,

IT IS HEREBY ORDERED that all the real and personal property, with the exception of the property previously sold by the Trustee as authorized by the Court, is hereby abandoned.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF ORDER\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

1

**COURT'S SERVICE LIST**