CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:  (408) 295-9555
Facsimile:  (408) 295-6606

ATTORNEYS FOR
CHARLES DeROSE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

In re:

ZIA JAMAL NOORZOY and CECELIA A. AUSTIN,

Debtor.

Case No. 11-60405

CHAPTER 7

**RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM**

COMES NOW, Charles DeRose ("DeRose") and submits the following response to the Trustee's Objection To Claim (Docket#81) ("Objection") filed with respect to DeRose's timely filed Proof of Claim (Claim No.: 11-1)("DeRose Claim"):

Pursuant to an agreement with the Chapter 7 Trustee, on February 12, 2013 DeRose filed a document in the form of an **AMENDED CLAIM** (Claim No. 16), the Chapter 7 Trustee will withdrawn the Objection, and DeRose will not have to file a formal objection and request for hearing in response to the Objection[1].

Dated: February 12, 2013

CAMPEAU GOODSELL SMITH

By: /s/ William J. Healy

William J. Healy

---

[1] DeRose is otherwise prepared to file his objection and request for hearing.