JOHN W. RICHARDSON
Trustee in Bankruptcy
5161 Soquel Drive, Suite F
Soquel, CA  95073
Telephone No.  831.475.2404
Fax No.  831.475.1213

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN, CECELIA A. | ) Case No.: 11-60405SLJ |
| | ) Chapter 7 |
| NOORZOY, ZIA JAMAL | ) |
| Debtor. | ) |

**WITHDRAWAL OF OBJECTION TO CLAIM**

JOHN W. RICHARDSON, Trustee in Bankruptcy of the estate of the above Debtors, hereby withdraws his objection filed May 29, 2012, to Claim 11 filed by Charles R. DeRose based upon receipt of voluntarily executed Amended Claim.

Dated: February 12, 2013

/s/ John W. Richardson, Trustee
1121