

JOHN W. RICHARDSON
Trustee in Bankruptcy
5161 Soquel Drive, Suite F
Soquel, CA  95073
Telephone No.  831.475.2404
Fax No.  831.475.1213

The following constitutes
the order of the court. Signed February 21, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

AUSTIN, CECELIA A.               ) Case No.: 11-60405SLJ
                                 ) Chapter 7
NOORZOY, ZIA JAMAL               )
                                 )
         Debtor.                 )
                                 )
                                 )
                                 )
                                 )
_____)

**ORDER DISALLOWING CLAIM BY DEFAULT**

It appearing from the motion and the supporting declaration of Trustee that notice to claimants of the Trustee's objection to their claim has been appropriate under the circumstances, that no request for hearing has been filed or served, and that good cause exists,

IT IS ORDERED:

Claim 15 filed by SunTrust Mortgage, Inc., on October 22, 2012, in the secured amount of $ 1,039,614.48 is hereby disallowed in its entirety.

**END OF ORDER**

COURT SERVICE LIST

SunTrust Mortgage, Inc.
Bankruptcy Department RVW 3034
P.O. Box 27767
Richmond, VA   23261