UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re: AUSTIN, CECELIA A. § Case No. 11-60405
    NOORZOY, ZIA JAMAL §
    AUSTIN, CECE §
Debtor(s) NOORZOY, JAMAL §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 10, 2011. The undersigned trustee was appointed on November 10, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $ 46,663.31

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,088.61 |
| Bank service fees | 1,070.55 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 44,504.15 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/03/2012 and the deadline for filing governmental claims was 05/08/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,416.33. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,416.33, for a total compensation of $5,416.33.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $187.93, for total expenses of $187.93.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/01/2013    By: /s/JOHN W. RICHARDSON
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-60405  
**Case Name:** AUSTIN, CECELIA A.  
NOORZOY, ZIA JAMAL  
**Period Ending:** 05/01/13

**Trustee:** (001042) JOHN W. RICHARDSON  
**Filed (f) or Converted (c):** 11/10/11 (f)  
**§341(a) Meeting Date:** 12/02/11  
**Claims Bar Date:** 07/03/12

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 | Location: 1081 San Carlos Road, Pebble Beach CA OVER ENCUMBERED. RELIEF FROM STAY 5/21/12. ABANDONED PER ORDER | 1,705,800.00 | 0.00 | OA | 0.00 | FA |
| 2 | Cash Exempt | 90.00 | 0.00 | DA | 0.00 | FA |
| 3 | Bank of America Checking Acct# VOID SEE AMENDMENT ITEM #5 | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Monterey County Bank - Checking Acct#4914 EXEMPT | 21,390.00 | 0.00 | DA | 0.00 | FA |
| 5 | Bank of America Checking Acct# 6276 (-431.11) | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Bank of America Cash Maximizer Acct# 9651 Exempt | 20.69 | 0.00 | DA | 0.00 | FA |
| 7 | Bank of America Checking Acct# 1289 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Household Goods Exempt | 24,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Books, Pictures Exempt | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Clothing Exempt | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Wedding Rings & Tennis Bracelet EXEMPT | 2,300.00 | 0.00 | DA | 0.00 | FA |
| 12 | Term Life Insurance - $0.00 Value - Primerica Li | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Scholars Choice College Savings Program for Robe DUPLICATE, SEE #15 FOR AMENDMENT | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Scholars Choice College Svgs Program for Austin DUPLICATE SEE #16 FOR AMENDMENT | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Scholars Choice College Savings Program for Robe AMOUNT REPRESENT CONTRIBUTION TO PLAN THAT IS ESTATE'S INTEREST BASED ON FILING DATE. | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 16 | Scholars Choice College Savings Program for Aust AMOUNT REPRESENT CONTRIBUTION TO PLAN | 3,600.00 | 3,600.00 | | 3,600.00 | FA |

Case: 11-60405  Doc# 106  Filed: 05/03/13  Entered: 05/03/13 11:06:22  Printed: 05/01/2013 04:32 PM  Page 3 of 13  V.13.11

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-60405  
**Case Name:** AUSTIN, CECELIA A.  
NOORZOY, ZIA JAMAL  
**Period Ending:** 05/01/13

**Trustee:** (001042) JOHN W. RICHARDSON  
**Filed (f) or Converted (c):** 11/10/11 (f)  
**§341(a) Meeting Date:** 12/02/11  
**Claims Bar Date:** 07/03/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | THAT IS ESTATE'S INTEREST BASED ON FILING DATE. |  |  |  |  |  |
| 17 | Professional Real Estate Management - $0.00 Valu | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2 Real Estate Patents - $0.00 Value | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | Mercedes GL 450, 75,000 Mileage KBB Private Part<br>BUYOUT BY DEBTOR OF ESTATE'S INTEREST PER ORDER | 25,318.00 | 5,622.19 |  | 3,500.00 | FA |
| 20 | Chrysler Town & Country Mini Van - 18,000 Mileag<br>OVER ENCUMBERED, ABANDONED | 14,291.00 | 0.00 | OA | 0.00 | FA |
| 21 | Golf Cart<br>BUYOUT BY DEBTOR PER ORDER | 1,200.00 | 1,000.00 |  | 1,000.00 | FA |
| 22 | Real Estate Commission (u)<br>TURNOVER OF NON EXEMPT REAL ESTATE COMMISSIONS | 0.00 | 0.00 |  | 35,563.23 | FA |
| 23 | In Re the Estate Elizabeth B. Haviside (u)<br>RELIEF FROM STAYY GRANTED FOR PROBATE ESTATE TO CONTINUE ADMINISTRATION. TRUSTEE REVIEWED INFORMATION REGARDING DISTRIBUTION OF TRUST AND THERE IS NO BENEFIT TO ESTATE. | 0.00 | Unknown |  | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 0.08 | FA |
| 24 | Assets Totals (Excluding unknown values) | $1,811,509.69 | $13,222.19 |  | $46,663.31 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2013    **Current Projected Date Of Final Report (TFR):** March 13, 2013 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-60405
**Case Name:** AUSTIN, CECELIA A.
NOORZOY, ZIA JAMAL
**Taxpayer ID #:** **-***4472
**Period Ending:** 05/01/13

**Trustee:** JOHN W. RICHARDSON (001042)
**Bank Name:** Rabobank, N.A.
**Account:** ****383466 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 45,704.17 | | 45,704.17 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.18 | 45,642.99 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.20 | 45,570.79 |
| 02/04/13 | 11002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2013 FOR CASE #11-60405, BOND#016048574 1/1/13-12/31/13 Voided on 03/11/13 | 2300-000 | | 495.02 | 45,075.77 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.17 | 45,014.60 |
| 03/11/13 | 11002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2013 FOR CASE #11-60405, BOND#016048574 1/1/13-12/31/13 Voided: check issued on 02/04/13 | 2300-000 | | -495.02 | 45,509.62 |
| 03/12/13 | 11003 | noiINTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2013 FOR CASE #11-60405, 2013 BOND Voided on 03/12/13 | 2300-000 | | 50.17 | 45,459.45 |
| 03/12/13 | 11003 | noiINTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2013 FOR CASE #11-60405, 2013 BOND Voided: check issued on 03/12/13 | 2300-000 | | -50.17 | 45,509.62 |
| 03/12/13 | 11004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2013 FOR CASE #11-60405, 2013 BOND | 2300-000 | | 49.47 | 45,460.15 |
| 03/12/13 | 11005 | INTERNAL REVENUE SERVICE | B/E TAXES | 2810-000 | | 383.00 | 45,077.15 |
| 03/12/13 | 11006 | INTERNAL REVENUE SERVICE | B/E TAXES | 2810-000 | | 383.00 | 44,694.15 |
| 03/12/13 | 11007 | FRANCHISE TAX BOARD | B/E TAXES | 2820-000 | | 95.00 | 44,599.15 |
| 03/12/13 | 11008 | FRANCHISE TAX BOARD | B/E TAXES | 2820-000 | | 95.00 | 44,504.15 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 45,704.17 | 1,200.02 | **$44,504.15** |
| Less: Bank Transfers | 45,704.17 | 0.00 | |
| **Subtotal** | 0.00 | 1,200.02 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$1,200.02** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 11-60405 | | Trustee: | JOHN W. RICHARDSON (001042) |
|---|---|---|---|---|
| Case Name: | AUSTIN, CECELIA A. | | Bank Name: | The Bank of New York Mellon |
| | NOORZOY, ZIA JAMAL | | Account: | 9200-******39-65 - Checking Account |
| Taxpayer ID #: | **-***4472 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/01/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/12 | {22} | JAMAL NOORZOZY | NON EXEMPT WAGES (REAL ESTATE COMMISSION) | 1229-000 | 14,530.23 | | 14,530.23 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 14,530.31 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,505.31 |
| 02/16/12 | {15} | JAMAL NOORZOY | TURNOVER OF NON EXEMPT FUNDS - BANK ACCOUNT | 1129-000 | 3,000.00 | | 17,505.31 |
| 02/16/12 | {16} | JAMAL NOORZOY | TURNOVER OF NON EXEMPT FUNDS - BANK ACCOUNT | 1129-000 | 3,600.00 | | 21,105.31 |
| 02/16/12 | {22} | JAMAL NOORZOY | TURN OVER OF NON-EXEMPT FUNDS ON COMMISSION OF SALE OF 3179 PALMERO DRIVE | 1229-000 | 21,033.00 | | 42,138.31 |
| 02/21/12 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2012 FOR CASE #11-60405, BOND PREMIUM 2012 | 2300-000 | | 83.14 | 42,055.17 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.82 | 42,011.35 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.08 | 41,925.27 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 83.04 | 41,842.23 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 94.32 | 41,747.91 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.69 | 41,665.22 |
| 07/24/12 | | JAMAL NOORZOY | Acct #MERCEDES; Payment #1, 2; PAYMENT PLAN - NON EXEMPT ASSETS | | 1,500.00 | | 43,165.22 |
| | {19} | | Acct #MERCEDES;   1,166.67 Payment #1; PAYMENT PLAN - NON EXEMPT ASSETS | 1129-000 | | | 43,165.22 |
| | {19} | | Acct #MERCEDES;   333.33 Payment #2; PAYMENT PLAN - NON EXEMPT ASSETS | 1129-000 | | | 43,165.22 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 91.58 | 43,073.64 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 91.20 | 42,982.44 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.20 | 42,900.24 |
| 10/02/12 | | DUFFY & GUENTHER LLP | Acct #GOLF CART; Payment #1; PAYMENT OF REMAINING AMOUNT DUE BY DEBTOR PER COMPROMISE | | 3,000.00 | | 45,900.24 |
| | {21} | | 1,000.00 | 1129-000 | | | 45,900.24 |
| | {19} | | Acct #MERCEDES;   833.34 Payment #2 | 1129-000 | | | 45,900.24 |

Subtotals :  $46,663.31   $763.07

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-60405 | | Trustee: | JOHN W. RICHARDSON (001042) |
|---|---|---|---|---|
| Case Name: | AUSTIN, CECELIA A. | | Bank Name: | The Bank of New York Mellon |
| | NOORZOY, ZIA JAMAL | | Account: | 9200-******39-65 - Checking Account |
| Taxpayer ID #: | **-***4472 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/01/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | {19} | | Acct #MERCEDES;   1,166.66<br>Payment #3 | 1129-000 | | | 45,900.24 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 102.23 | 45,798.01 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 93.84 | 45,704.17 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001000104288 20121220 | 9999-000 | | 45,704.17 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 46,663.31 | 46,663.31 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 45,704.17 | |
| | | | **Subtotal** | | 46,663.31 | 959.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$46,663.31** | **$959.14** | |

```
Net Receipts :        46,663.31
                   _____
Net Estate :         $46,663.31
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****383466** | 0.00 | 1,200.02 | 44,504.15 |
| **Checking # 9200-******39-65** | 46,663.31 | 959.14 | 0.00 |
| | **$46,663.31** | **$2,159.16** | **$44,504.15** |

# Claims Register

### Case:  11-60405    AUSTIN, CECELIA A.

Claims Bar Date:  07/03/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | JOHN W. RICHARDSON<br>5161 SOQUEL DRIVE, SUITE F<br>SOQUEL, CA 95073<br><2100-00  Trustee Compensation>,  200 | Admin Ch.  7<br>11/10/11 |  | $5,416.33<br>$5,416.33 | $0.00 | $5,416.33 |
|  | KOKJER, PIEROTTI, MAIOCCO, DUCK LLP<br>333 PINE STREET<br>San Francisco, CA 94104<br><3410-00  Accountant for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7<br>11/10/11 |  | $1,886.00<br>$1,886.00 | $0.00 | $1,886.00 |
|  | KOKJER, PIEROTTI, MAIOCCO, DUCK LLP<br>333 PINE STREET<br>San Francisco, CA 94104<br><3420-00  Accountant for Trustee Expenses (Other Firm)>,  200 | Admin Ch.  7<br>11/10/11 |  | $183.18<br>$183.18 | $0.00 | $183.18 |
|  | JOHN W. RICHARDSON<br>5161 SOQUEL DRIVE, SUITE F<br>SOQUEL, CA 95073<br><2200-00  Trustee Expenses>,  200 | Admin Ch.  7<br>11/10/11 |  | $187.93<br>$187.93 | $0.00 | $187.93 |
|  | INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>Ogden, UT 84201-0148<br><2810-00  Income Taxes - Internal Revenue Service (post-petition)>,  200 | Admin Ch.  7<br>11/10/11 |  | $766.00<br>$766.00 | $766.00 | $0.00 |
|  | FRANCHISE TAX BOARD<br>P.O. BOX 942840<br>Sacramento, CA 94240<br><2820-00  Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>,  200 | Admin Ch.  7<br>11/10/11 |  | $190.00<br>$190.00 | $190.00 | $0.00 |
| 1 | William Fairy<br>c/o Matthew R. Eason, Esq.,Eason & Tambornini,1819 K. Street, Suite 200<br>Sacramento, CA 95811<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/23/12 |  | $145,178.08<br>$145,178.08 | $0.00 | $145,178.08 |
| 2 | Matthew Dieden<br>c/o Eason & Tambornini<br>1819 K Street, Suite 200<br>Sacramento, CA 95811<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/23/12 |  | $72,739.73<br>$72,739.73 | $0.00 | $72,739.73 |
| 3 | Robert Livesey<br>c/o Matthew R. Eason, Esq.,Eason & Tambornini,1819 K. Street, Suite 200<br>Sacramento, CA 95811<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/23/12 |  | $43,208.22<br>$43,208.22 | $0.00 | $43,208.22 |

# Claims Register

## Case: 11-60405　　AUSTIN, CECELIA A.

Claims Bar Date: 07/03/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Robert Shatzko<br>c/o Matthew R. Eason, Esq.,Eason & Tambornini,1819 K. Street, Suite 200<br>Sacramento, CA 95811<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>01/23/12 | | $14,191.78<br>$14,191.78 | $0.00 | $14,191.78 |
| 5 | Andrew Roberts<br>c/o Matthew R. Eason, Esq.,Eason & Tambornini,1819 K. Street, Suite 200<br>Sacramento, CA 95811<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>01/23/12 | | $50,802.74<br>$50,802.74 | $0.00 | $50,802.74 |
| 6 | PACIFIC PUBLISHING<br>C/O STEVEN A. BOOSKA<br>PO BOX 194650<br>SAN FRANCISCO, CA 94119<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>02/10/12 | | $24,115.47<br>$24,115.47 | $0.00 | $24,115.47 |
| 7 | Richard T. Bowles, Esq.<br>Bowles & Verna LLP<br>2121 N. California Bvld.,Suite 875<br>Walnut Creek, CA 94596<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>03/01/12 | | $290,864.28<br>$290,864.28 | $0.00 | $290,864.28 |
| 8 | BMW Financial Services NA, LLC<br>P.O. Box 201347<br>Arlington, TX 76006<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>04/09/12 | | $2,594.76<br>$2,594.76 | $0.00 | $2,594.76 |
| 9P | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952<br><5800-00　Claims of Governmental Units>,　570 | Priority<br>04/16/12 | | $23,131.23<br>$23,131.23 | $0.00 | $23,131.23 |
| 9U | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>04/16/12 | | $1,931.08<br>$1,931.08 | $0.00 | $1,931.08 |
| 10P | IRS<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346<br><5800-00　Claims of Governmental Units>,　570 | Priority<br>05/02/12 | | $364,286.58<br>$364,286.58 | $0.00 | $364,286.58 |

# Claims Register

## Case: 11-60405  AUSTIN, CECELIA A.

Claims Bar Date: 07/03/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10S | IRS<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346<br><4300-00   Internal Revenue Service Tax Liens (pre-petition)>,  400 | Secured<br>05/02/12 | | $180,426.26<br>$180,426.26 | $0.00 | $180,426.26 |
| 10U | IRS<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346<br><7300-00   Fines, Penalties § 726(a)(4)>,  630 | Unsecured<br>05/02/12 | | $118,002.21<br>$118,002.21 | $0.00 | $118,002.21 |
| 11 | Charles R. DeRose<br>3031 Seyferth<br><br>San Jose, CA 95118<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/29/12 | AMENDED CLAIM FILED | $714,213.24<br>$714,213.24 | $0.00 | $714,213.24 |
| 12 | Aisha A. Krechuniak, individually and as trustee f<br>200 Clocktower Place, Suite 100D<br>Carmel, CA 93923<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/04/12 | | $1,500,000.00<br>$1,500,000.00 | $0.00 | $1,500,000.00 |
| 13 | Aisha A. Krechuniak, Executor of the Estate of Eli<br>200 Clocktower Place<br>Suite 100D<br>Carmel, CA 93923<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/06/12 | | $95,569.98<br>$95,569.98 | $0.00 | $95,569.98 |
| 14 | Jeffrey D. Dieden and Andrew L. Dieden<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/03/12 | | $290,864.28<br>$290,864.28 | $0.00 | $290,864.28 |
| 15 | SunTrust Mortgage, Inc.<br>Bankruptcy Department RVW 3034<br><br>PO Box 27767 Richmond, VA 23261<br><4300-00   Internal Revenue Service Tax Liens (pre-petition)>,  100 | Secured<br>10/22/12 | DISALLOWED PER ORDER 2/22/13 | $1,039,614.48<br>$0.00 | $0.00 | $0.00 |

**Case Total:**   $956.00   $3,939,793.36

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-60405
Case Name: AUSTIN, CECELIA A.
Trustee Name: JOHN W. RICHARDSON

**Balance on hand:** $ 44,504.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10S | IRS | 180,426.26 | 180,426.26 | 0.00 | 36,830.71 |
| 15 | SunTrust Mortgage, Inc. | 1,039,614.48 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 36,830.71
Remaining balance: $ 7,673.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN W. RICHARDSON | 5,416.33 | 0.00 | 5,416.33 |
| Trustee, Expenses - JOHN W. RICHARDSON | 187.93 | 0.00 | 187.93 |
| Accountant for Trustee, Fees - KOKJER, PIEROTTI, MAIOCCO, DUCK LLP | 1,886.00 | 0.00 | 1,886.00 |
| Accountant for Trustee, Expenses - KOKJER, PIEROTTI, MAIOCCO, DUCK LLP | 183.18 | 0.00 | 183.18 |
| Other Expenses: FRANCHISE TAX BOARD | 190.00 | 190.00 | 0.00 |
| Other Expenses: INTERNAL REVENUE SERVICE | 766.00 | 766.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 7,673.44
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $387,417.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | Franchise Tax Board | 23,131.23 | 0.00 | 0.00 |
| 10P | IRS | 364,286.58 | 0.00 | 0.00 |
| | Total to be paid for priority claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,246,273.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | William Fairy | 145,178.08 | 0.00 | 0.00 |
| 2 | Matthew Dieden | 72,739.73 | 0.00 | 0.00 |
| 3 | Robert Livesey | 43,208.22 | 0.00 | 0.00 |
| 4 | Robert Shatzko | 14,191.78 | 0.00 | 0.00 |
| 5 | Andrew Roberts | 50,802.74 | 0.00 | 0.00 |
| 6 | PACIFIC PUBLISHING | 24,115.47 | 0.00 | 0.00 |
| 7 | Richard T. Bowles, Esq. | 290,864.28 | 0.00 | 0.00 |
| 8 | BMW Financial Services NA, LLC | 2,594.76 | 0.00 | 0.00 |
| 9U | Franchise Tax Board | 1,931.08 | 0.00 | 0.00 |
| 11 | Charles R. DeRose | 714,213.24 | 0.00 | 0.00 |
| 12 | Aisha A. Krechuniak, individually and as trustee f | 1,500,000.00 | 0.00 | 0.00 |
| 13 | Aisha A. Krechuniak, Executor of the Estate of Eli | 95,569.98 | 0.00 | 0.00 |
| 14 | Jeffrey D. Dieden and Andrew L. Dieden | 290,864.28 | 0.00 | 0.00 |
| | Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 118,002.21 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10U | IRS | 118,002.21 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |