Form NFH

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Cecelia A. Austin and Zia Jamal Noorzoy<br>   aka  Cece Austin<br>   aka  Cecelia Noorzoy<br>   aka  CeCe Noorzoy<br>   aka  Jamal Noorzoy<br>      Debtor(s) | Case No.: 11−60405 SLJ 7<br>Chapter: 7 |

## NOTICE OF HEARING ON TRUSTEE'S FINAL APPLICATION(S) FOR COMPENSATION

PLEASE TAKE NOTICE THAT John W. Richardson, trustee in the above styled case has filed a Final Report of Estate and the trustee's professionals have filed final fee applications. Notice is also given that a hearing will be held to act on the applications for compensation. Objections to the Trustee's Final Report and Applications must be filed and served no later than 7 days before the date of the hearing, notwithstanding the deadline for objections in the accompanying Notice of Trustee's Final Report. Any objections will be heard on the date set forth below. **Attendance by creditors is welcome but not required.**

| | |
|---|---|
| **DATE:** June 12, 2013 | **TIME:** 01:30 PM |
| **LOCATION:** U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3099 3rd Fl., San Jose, CA 95113 | |

Dated: 5/6/13

For the Court:

Gloria L. Franklin
Clerk of Court United States Bankruptcy Court